**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marco MORALES, Defendant–Appellant.**

**No. 07–50850**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 5, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Marco Morales presents arguments that he concedes are foreclosed by *United States v. Rawls,* 85 F.3d 240, 242–44 (5th Cir.1996), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). *See United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir.2001). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.